**No. 56039.**—R. U. Delapenha & Co., Inc. *v.* United States, protest 121360–K (Tampa).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56040.**—The Old Quaker Co. et al. *v.* United States, protests 122802–K, etc. (Indianapolis).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56041.**—Schenley Distilleries, Inc. *v.* United States, protest 130071–K (Los Angeles).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56042.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 132521–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56043.**—Empire Gem Import Co. et al. *v.* United States, protests 132923–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56044.**—Daniele & Co. and G. H. Mumm Champagne (S. V. C. S.) & Asso., Inc. *v.* United States, protests 133256–K and 119413–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56045.**—Emil Bernhard et al. *v.* United States, protests 133310–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56046.**—Ace Lapidary Co. et al. *v.* United States, protests 134721–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.